**Date of Arrest: 06/19**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Felix Misael ALVA-Gonzalez <br> AKA: Felix Misseal ALVA <br> 087950668 <br> YOB: 1990 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. 22-02003MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about June 19, 2022, Defendant Felix Misael ALVA-Gonzalez, an alien, was found in the United States at or near Dateland, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Brownsville Gateway, Texas, on or about May 10, 2022. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by  AUSA Abbie Broughton Marsh for
AUSA Esther Winne

Signature of Complainant

Alfredo Chavez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

| June 21, 2022 | at | Yuma, Arizona |
|---|---|---|
| Date | | City and State |

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Felix Misael ALVA-Gonzalez
AKA: Felix Misseal ALVA
087950668

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 19, 2022, near Dateland, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Aurora, Colorado on or about January 20, 2010. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about May 10, 2022, through the port of Brownsville, Texas subsequent to a conviction in a Superior Court, State of Colorado, County of Denver, on or about August 24, 2020, for the crime of Possession of a Weapon and Ammunition, a felony.

Agents determined that on or about June 17, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Brian Ramos, Richard Hiller, and Kevin Drake.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Daniel Albor.

Signature of Complainant

Sworn to before me and subscribed telephonically,

June 21, 2022
Date

Signature of Judicial Officer

-2-

## *Probable Cause Statement*

*I, Border Patrol Agent Alfredo Chavez, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | **Felix Misael ALVA-Gonzalez** |
| Dependents: | None |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on two (2) previous occasions. The Defendant has been removed a total of two (2) times. |

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| | | | |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 19, 2022, near Dateland, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Aurora, Colorado on or about January 20, 2010. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about May 10, 2022, through the port of Brownsville, Texas subsequent to a conviction in a Superior Court, State of Colorado, County of Denver, on or about August 24, 2020, for the crime of Possession of a Weapon and Ammunition, a felony.

Agents determined that on or about June 17, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

*Executed on: June 20, 2022*    *Time: 05:01 AM MST*

*Signed: Alfredo Chavez, Border Patrol Agent*